## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOEL K. BANGO,** | : | **CIVIL ACTION NO. 1:07-CV-1095** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **STATE OF PENNSYLVANIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 20th day of August, 2007, upon consideration of *pro se* plaintiff's motion (Doc. 13), asking the court to take action on his motion for preliminary injunction (Doc. 7), and of the order of court dated August 14, 2007 (Doc. 12), establishing a briefing schedule for the aforementioned motion for preliminary injunction, and it appearing that the court cannot entertain the motion for preliminary injunction until it becomes ripe for disposition on September 20, 2007, it is hereby ORDERED that the motion (Doc. 13) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge